*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
DALY, GROSS, BROWN
Appellate Military Judges

———————————

**UNITED STATES**
*Appellee*

**v.**

**Justin M. TRIPTOW**
Lance Corporal (E-3), U.S. Marine Corps
*Appellant*

**No. 202400444**

———————————

Decided: 26 June 2025

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
G. Glenn Gerding

Sentence adjudged 14 August 2024 by a general court-martial tried at Marine Corps Base Quantico, Virginia, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for twenty months, and a dishonorable discharge.[1]

For Appellant:
*Captain Katherine E. Malcolm, USMC*

---

[1] Appellant was credited with having served 132 days of pretrial confinement.

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

The findings and sentence are **AFFIRMED**.



ewFOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.